# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT


**25-124 C/W 25-136 & 25-132**


**STATE OF LOUISIANA, BY AND THROUGH ITS ATTORNEY GENERAL, LIZ MURRILL**

**VERSUS**

**ABBVIE, INC., ET AL.**


**\*\*\*\*\*\*\*\*\*\***


ON WRIT APPLICATION FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 23-C-00114-C
HONORABLE CHARLES CRAVINS, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**LEDRICKA J. THIERRY**
**JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Sharon Darville Wilson, Charles G. Fitzgerald, and Ledricka J. Thierry, Judges.


**AFFIRMED; WRITS DENIED.**

**Nicole A. Eichberger**
**Margaret Frohn Swetman**
**Proskauer Rose LLP**
**650 Poydras Street, Suite 1800**
**New Orleans, LA 70130-6146**
**(504) 310-4088**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Lupin Pharmaceuticals, Inc.**

**David A. Mukittrick**
**Bradley R. Ruskin**
**Proskauer Rose LLP**
**Eleven Times Square**
**New York, NY 10036**
**(212) 969-3000**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Lupin Pharmaceuticals, Inc.**

**Colin R. Kass**
**Proskauer Rose LLP**
**1001 Pennsylvania Avenue, N.W.**
**Suite 600 South**
**Washington, DC 20004**
**(202) 416-6800**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Lupin Pharmaceuticals, Inc.**

**Joseph L. Mcreynolds**
**Deutsch Kerrigan, L.L.P.**
**755 Magazine Street**
**New Orleans, LA 70130**
**(504) 377-7865**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Lupin Pharmaceuticals, Inc.**

**Charles M. Jarrell**
**Gina Bradley Tuttle**
**Guglielmo, Lopez, Tuttle, Hunter & Jarrell**
**306 E. North Street**
**Opelousas, LA 70571**
**(337) 948-8201**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
    **Abbvie, Inc., Warner Chilcott, Ltd, Warner Chilcott Sales (US), LLC,**
    **Warner Chilcott, PLC, Watson Pharmaceuticals, Inc., Allergan, PLC,**
    **Actavis, Inc., and Actavis, PLC**

**Eugene E. Hutchinson**
**White & Case LLP**
**1221 Avenue of the Americas**
**New York, NY 10020**
**(212) 819-8520**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
 **Abbvie, Inc., Warner Chilcott, Ltd, Warner Chilcott Sales (US), LLC, Warner Chilcott, PLC, Watson Pharmaceuticals, Inc., Allergan, PLC, Actavis, Inc., and Actavis, PLC**

**C. Kelly Newman**
**White & Case LLP**
**75 State Street**
**Boston, MA 02109**
**(617) 979-9300**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
 **Abbvie, Inc., Warner Chilcott, Ltd, Warner Chilcott Sales (US), LLC, Warner Chilcott, PLC, Watson Pharmaceuticals, Inc., Allergan, PLC, Actavis, Inc., and Actavis, PLC**

**J. Mark Gidley**
**Kathryn J. Mims**
**White & Case LLP**
**701 13th Street NW**
**Washington, DC 20005**
**(202) 626-3600**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
 **Abbvie, Inc., Warner Chilcott, Ltd, Warner Chilcott Sales (US), LLC, Warner Chilcott, PLC, Watson Pharmaceuticals, Inc., Allergan, PLC, Actavis, Inc., and Actavis, PLC**

**Liz Murrill, Attorney General for the State of Louisiana**
**Mike Dupree, Public Protection Division**
**Mario Guadamud, Complex Litigation Unit**
**Matthew P. Stafford, Jr., Medicaid Fraud Control Unit**
**John J. Kelley, Office of the Attorney General**
**Ryan McNeil, Office of the Attorney General**
**1885 North 3rd Street**
**Baton Rouge, LA  70802**
**(225) 326-6468**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
 **State of Louisiana**

**John Alden Meade**
**Meade Young, LLC**
**400 Poydras Street, Suite 1680**
**New Orleans, LA 70130**
**(504) 382-6283**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
     **State of Louisiana**

**Robert L. Salim**
**Salim-Beasley LLC**
**1901 Texas Street, Suite 1680**
**Natchitoches, LA 71457**
**(337) 352-5999**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
     **State of Louisiana**

**Patrick C. Morrow**
**Richard T. Haik, Jr.**
**Morrow, Morrow, Ryan & Bassett**
**P.O. Drawer 1787**
**324 W. Landry Street**
**Opelousas, LA 71571**
**(337) 948-4483**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
     **State of Louisiana**

**THIERRY, Judge.**

For the reasons discussed in the consolidated appeal of *State of Louisiana, by and through its Attorney General, Liz Murrill v. AbbVie, Inc., et al.*, 25-136 (La.App. 3 Cir. 3/24/25), ___ So.3d ___, we affirm the judgment of the trial court and deny Defendants' writ application. Costs of this proceeding are assessed against Defendants, AbbVie, Inc.; Warner Chilcott, LTD; Warner Chilcott (US), LLC; Warner Chilcott Sales (US), LLC; Warner Chilcott Company, LLC; Warner Chilcott, PLC; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; Allergen, PLC; Actavis, Inc.; and Actavis, PLC.

**AFFIRMED; WRITS DENIED.**